UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY R WITKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL[1],<br><br>　　　　Defendant. | Case No. 19-cv-00064-SI<br><br>**JUDGMENT** |

This action has been reversed and remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: March 3, 2020

SUSAN ILLSTON
United States District Judge

---

[1] Andrew Saul, Commissioner of Social Security, is substituted for his predecessor, Nancy A. Berryhill, pursuant to Federal Rule of Civil Procedure 25(d).